NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**INFINERA CORP.,**
*Appellant,*

**v.**

**CHEETAH OMNI, LLC,**
*Appellee.*

---

2013-1153
(Reexamination No. 95/000,240)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Infinera Corporation moves without opposition to reinstate this appeal, to recall the mandate, and for an extension of time, until April 11, 2013, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

INFINERA CORP. v. CHEETAH OMNI, LLC                          2

(1) The motion to reinstate the appeal and to recall the mandate is granted. The court's March 22, 2013 order is vacated, the court's mandate is recalled and the appeal is reinstated.

(2) The motion for an extension of time is granted. The appellant's opening brief is due on or before April 11, 2013.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s21